**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2045**

KENNETH HINTON,

                Plaintiff – Appellant,

        v.

TRANS UNION LLC; EQUIFAX, INC., d/b/a Equifax Information
Services LLC; EXPERIAN INFORMATION SOLUTIONS, INCORPORATED,

                Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, Senior
District Judge.  (1:09-cv-00170-TSE-IDD)

Submitted:  May 20, 2010              Decided:  June 8, 2010

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Hinton, Appellant Pro Se.  Erik J. Grohmann, Paul L.
Myers, STRASBURGER & PRICE, LLP, Frisco, Texas; Barry Goheen,
KING & SPALDING, LLP, Atlanta, Georgia; Jonathan S. Hubbard,
TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Hinton appeals the district court's order granting in part and denying in part Trans Union LLC's motion for costs pursuant to Fed. R. Civ. P. 54(d). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hinton v. Trans Union LLC, No. 1:09-cv-00170-TSE-IDD (E.D. Va. filed Sept. 2, 2009; entered Sept. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED